FILED
John E. Triplett, Clerk of Court
United States District Court
By JamesBurrell at 1:43 pm, Jul 07, 2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | INFORMATION NO. 4:23CR-058 |
| ) | |
| v. ) | 18 U.S.C. § 7 |
| ) | |
| RASHAD T. ROBINSON ) | 21 U.S.C. § 844 |
| ) | **Simple Possession of a Controlled Substance** |
| ) | |
| ) | 18 U.S.C. § 1382 |
| ) | **Unlawful Entry to Military Property** |

**THE UNITED STATES ATTORNEY CHARGES:**

<u>**COUNT ONE**</u>
*Simple Possession of a Controlled Substance*
21 U.S.C. § 844

On or about November 4, 2022, in the Southern District of Georgia, on land within the special maritime and territorial jurisdiction of the United States and under the concurrent jurisdiction of the United States and the State of Georgia, namely Fort Stewart Military Reservation,

**RASHAD T. ROBINSON**

did knowingly and intentionally possess a detectable amount of N,N-Dimethylpentylone, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 844.

## COUNT TWO
*Unlawful Entry to Military Property*
18 U.S.C. § 1382

On or about November 4, 2022, in the Southern District of Georgia, on land within the special maritime and territorial jurisdiction of the United States and under the concurrent jurisdiction of the United States and the State of Georgia, namely Fort Stewart Military Reservation,

### RASHAD T. ROBINSON

did unlawfully enter Fort Stewart Military Reservation real property belonging to the United States, with unlawful purposes, to wit: possessing N,N-Dimethylpentylone, in violation of Title 18, United States Code, Section 1382 and Army Regulation 190-13, paragraphs 8-3 and 8-4.

JILL E. STEINBERG
UNITED STATES ATTORNEY

*/s/ Michael Z. Spitulnik*

Michael Z. Spitulnik
Special Assistant United States Attorney
IL Bar No. 6321559